**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
_____ Middle _____ **DIVISION**

Matthew Robinson,
_____ )
**(Name)** )
0018734 )
_____ , )
**(Prison Id. No.)** )
)
)
_____ , )
**(Name)** )
)
_____ , )
**(Prison Id. No.)** )
)
**Plaintiff(s)** )
)
**v.** )
)
Rutherford County, )
_____ )
**(Name)** )
Michael Fitzhugh )
_____ , )
**(Name)** RCADC )
)
**Defendant(s)** )

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

Civil Action No. _____
*(To be assigned by the Clerk's Office. Do not write in this space.)*

**JURY TRIAL REQUESTED** √ **YES** ___ **NO**

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED**
**PURSUANT TO 42 U.S.C. § 1983**

## I. PARTIES TO THIS LAWSUIT

    A. Plaintiff(s) bringing this lawsuit:

        1. Name of the first plaintiff: Matthew David Robinson
           Prison I.D. No. of the first plaintiff: 0018734
           Address of the first plaintiff: 940 New Salem Hwy
           Murfreesboro TN, 37129

        Status of Plaintiff: CONVICTED ( X )    PRETRIAL DETAINEE (___)

        2. Name of the second plaintiff: _____
           Prison I.D. No. of the second plaintiff: _____
           Address of the second plaintiff: _____
         _____

        Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Rutherford County
   Place of employment of the first defendant: Rutherford County

   First defendant's address: _____

   Named in official capacity?  ✓ Yes        ___No
   Named in individual capacity?  ___Yes        ___No

2. Name of the second defendant: Michael Fitzhugh
   Place of employment of the second defendant: Sheriff

   Second defendant's address: 940 New Salem Hwy
   Murfreesboro TN, 37129

   Named in official capacity?  ✓ Yes        ___No
   Named in individual capacity?  ✓ Yes        ___No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II. JURISDICTION

A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

   If you wish to assert jurisdiction under different or additional statutes, you may list them below:

**III.    PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A.   Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?          ___Yes        √ No

B.   If you checked the box marked "Yes" above, provide the following information:

1.   Parties to the previous lawsuit:

Plaintiffs    N / A

Defendants    N / A

2.   In what court did you file the previous lawsuit?    N | A

(If you filed the lawsuit in federal court, provide the name of the District.  If you filed the lawsuit in state court, provide the name of the state and the county.)

3.   What was the case number of the previous lawsuit?    N | A

4.   What was the Judge's name to whom the case was assigned?    N | A

5.   What type of case was it (for example, habeas corpus or civil rights action)?    N | A

6.   When did you file the previous lawsuit?  (Provide the year, if you do not know the exact date.)    N | A

7.   What was the result of the previous lawsuit?  For example, was the case dismissed or appealed, or is it still pending?    N | A

8.   When was the previous lawsuit decided by the court?  (Provide the year, if you do not know the exact date.)    N | A

9.   Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?        ___Yes    ___No   N / A

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

## IV.  EXHAUSTION

A.  Are the facts of your lawsuit related to your present confinement?

√ Yes　　　___No

B.  If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
Rutherford County Adult detention center

C.  Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

___Yes　　　√ No

*(If you checked the box marked "No," proceed to question IV.G.  If you checked the box marked "Yes," proceed to question IV.D.)*

D.  Have you presented these facts to the prison authorities through the state grievance procedure?　　√ Yes　　　√ No

E.  If you checked the box marked "Yes" in question III.D above:

1.  What steps did you take? ___N/A_____

2.  What was the response of prison authorities? ___N/A_____

F.  If you checked the box marked "No" in question IV.D above, explain why not._____
The jail has stated on record they know of the problem and will deal with the lawsuits as they come.

G.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?　　√ Yes　　　___No

H.  If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?　　___Yes　　　√ No

I.  If you checked the box marked "Yes" in question III.H above:

1.  What steps did you take? ___N/A_____

2.  What was the response of the authorities who run the detention facility? N/A

J.  If you checked the box marked "No" in question IV.H above, explain why not. _____
    The sheriff jail went on record
    saying they know of the problem
    and will deal with lawsuits as they come.

## V.    CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

1st, 8th, and 14th amendment rights
and TCI minimum standards

## VI.    STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

$400,000.00 compensation for violating my constitutional rights and compensation to all current and future inmates subjected to these violations

$400,000.00 Paid in full to Matthew Robinson

I request a jury trial. ✓ Yes ____ No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Matt D. Robinson_ Date: _3-10-2026_
Prison Id. No. _0018734_
Address (Include the city, state and zip code.): _940 New Salem Hwy._
_Murfreesboro TN 37129_

Signature: _____ Date: _____
Prison Id. No._____
Address (Include the city, state and zip code.):_____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

Events apply to every day of my
incarceration. August 28th to Present day ~~Mar. 06~~
2025                         Mar. 6, 2026

1. Statement of facts: There is a
broad scope of serious problems
taking place at RCADC due to a
very severe over-crowding issue.
There is no administrative remedy
action that can occur to fix this
problem. ~~Sheriff~~ Mike Fitzhugh
himself was even recorded on video
In a news interview saying "We
know its a bad problem, but we
will just have to deal with the
lawsuits as they come." This proves
that no steps are being taken to
fix the problem. This should be
a class action lawsuit for felony
and misdemeanor offenders housed
at RCADC, and also a sub-class
for all pre-trial detainee's. This
should include all present and all
future inmates to be housed

2. at the jail. Due to this problem
many aspects of the facility are
in very bad shape, for instance, the
health care is severely lacking due
to an overwhelming influx of
patients that have to be cared
for, and inmates are not getting

the level of care that is required.
3. Violence and inmate safety is a
problem as well. There is a very
drastic percentage of inmate to
inmate violence that has risen due
to over crowding, and it is very
hard for officers to handle this
violence. This also applies to inmate
4. on officer violence. Also the
issue of harmful disease could be
spread at a rapid rate if an
outbreak of covid or any other
disease just so happens to occur.
5. Every cell in this facility is
usually filled with three bodies
in them, even the segregation
cells! Human beings are on the
concrete floor right beside the
toilet. Each cell with three people
in them should be 75 sq. ft.
of open space. This means each
person should have 25 sq. ft. of
6. their own personal space. In the
day room just outside of the
cells there should be 35 sq. ft.
of open space per inmate, this

7. are located. There are roughly 65 to 72 inmates in each pod with only 24 to 26 seats at the tables. There is not even room for people to eat the meals that are provided.

8. There are zero counselors at the facility to provide services to

9. inmates. Inmates sit idle all day every day with absolutely no sunlight or necissary vitamins

10. that the body needs. The required amount of vegetables are not provided to the inmates, and zero fruit. The only inmates who get

11. fruit are the diabetics. There are only 4 kiosks in each unit with 72 people, this is not adequate for inmates to contact family members or research the law on the law library because it is all through the

12. kiosk system. The grievance system is also on the kiosk, with a thumbs down icon that serves as intimidation if you decide to submit one. Submitting

get you transferred or treated
differently as a hatred tactic.

13. The facility violates the HIPA
law every time the doctor comes
to the cell and discusses medical
issues in front of cell mates.
This takes the privacy aspect away

14. from the patient. The facility does
not follow proper classification
guidelines. There are some inmates
with aggravated and very violent
charges housed with low risk non
violent inmates. If a violent
inmate cant be housed with other
violent inmates then he/she should
be in segregation or protective

15. custody. There is Black harmful
mold everywhere in the facility,
but especially in the cells where
the inmates breathe and sleep.

16. There are many occasions where
inmates need to be taken to a
Hospital for care that the facility
can not provide, but they arent
transported to a Hospital because
Emergency room physicians are not
under contract and transportation

for further care poses potential liability for the facility. They just let inmates suffer to save themselves money through potential

17. lawsuits. There are only three showers in each pod. Each shower is supposed to accomodate 16 inmates per shower. At a number of 72 inmates per pod this is not the required

18. standard. The men inmates who are housed on the floor are in fact on the concrete floor and not 12 inches off of the ground. Inmates

19. with chronic and severe health conditions should be housed in a medical unit for around the clock care. The jail is just too over crowded for this to take place.

20. I believe this facility was built in 1998 with one bunk in each cell. This making each cell a one man cell by square footage. Over time an extra bunk was added to house two inmates in a one man cell, and after more time went by now three inmates

21. Several civil rights violations going on at RCADC with a lot of inmates who are affected by these violations. Every single inmate who comes through this facility has rights and every one of those rights are violated due to a over crowding problem that has been going on without changes for many years. Until a new facility is built to fix this problem every present and every future inmate should be applied to this complaint.

22. The things listed above are violations of TCI minimum standards 1400-01-01 through 1400-01-17 and need to be addressed through the Fed R Civil P 23 (b)(2) and classified as a "Class Action" classification.

Matthew Robinson
940 New Salem Hwy
Murfreesboro, TN
37129

RECEIVED
MAR 10 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court
for the Middle District of
Tennessee
801 Broadway, Room 800
Nashville TN, 37203

NASHVILLE TN 370

7 MAR 2026 PM 4 L



FOREVER / USA

THE RUTHERFORD COUNTY
SHERIFF'S OFFICE/RCADC HAS
INSPECTED THIS ITEM, AND
NEITHER ENDORSES ITS
CONTENTS NOR TAKES
RESPONSIBILITY FOR THEM.

© USPS 2022

